# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY A. FINFROCK,<br>　　　　　　　　　Plaintiff, | CIVIL ACTION |
| v. | NO. 10-4126 |
| MICHAEL J. ASTRUE,<br>　COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　　　　Defendant. | |

FILED
FEB -1 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this /7 day of January, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review; (Dkt. No. 10) filed January 6, 2011; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 13) filed March 9, 2011; upon consideration of Plaintiff's Reply Brief (Docket No. 14) filed March 28, 2011; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated November 30, 2011, and no objection having been filed, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. **JUDGMENT IS ENTERED REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the Report and Recommendation;

3. In all other respects, Plaintiff's motion for summary judgment is **DENIED**; and

4. The Clerk of Court shall **CLOSE** this matter statistically.

BY THE COURT:

_____
WILLIAM H. YOHN, JR., J.